FILED
2023 Jan-05 AM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONTAGUE MINNIFIELD ) )  Plaintiff ) ) vs. ) ) ) TOWN OF BROOKSIDE, et al. ) )  Defendants ) | CIVIL ACTION NO.: 2:22-cv-00299-MHH **UNOPPOSED** |

UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes now defendant Michael Jones ("Jones") and moves this Court for an extension of time to file his response to plaintiff's Amended Complaint. As grounds for this Motion, Jones shows this Court as follows:

1. Plaintiff filed his Amended Complaint on December 26, 2022. (Doc. 17).

2. Pursuant to Fed.R.Civ.P. 15(a)(3), the current due date for Jones' response to the Amended Complaint is January 9, 2023.

3. During the recent Christmas and New Year's holidays, the undersigned counsel for Jones sustained two deaths in his family and was out-of-state for an extended period, which has delayed his work on this and other cases.

4. Over the course of the coming weeks, the undersigned has multiple out-of-town depositions in a case pending in the United States District Court for the

Southern District of Alabama, and an appellate brief to prepare and file in the Eleventh Circuit Court of Appeals.

5.  An extension of time to January 30, 2023, is needed to prepare and file herein Jones' response to plaintiff's Amended Complaint.

6.  Plaintiff's counsel, William Dawson, has kindly advised the undersigned that plaintiff does not oppose this Motion.

WHEREFORE, THE ABOVE PREMISES HAVING BEEN CONSIDERED, defendant Jones moves this Court to grant this Motion and to enter an Order allowing him up to and including January 30, 2023, to file his response to the Amended Complaint.

/s/ Terry A. Sides
Terry A. Sides (ASB-7513-e47t)
Attorney for Defendant Michael Jones

Of Counsel:
Hale Sides LLC
600 Financial Center
505 20th Street North
Birmingham, AL 35203
205.453.9800
tsides@halesides.com

2

## CERTIFICATE OF SERVICE

     I hereby certify that on January 5, 2023, I served a copy of the above and foregoing on the following by using the Court's electronic filing system:

<u>Attorney for Plaintiff</u>:
Terrell E. McCants, Esq.
Civil Rights Law Group, LLC
1401 Doug Baker Blvd.
Suite 107 593
Birmingham, AL 35242
tmccants@thecivilrightslawgroup.com

<u>Attorney for Plaintiff</u>:
William M. Dawson, Esq.
Dawson Law Office
1736 Oxmoor Road, #101
Birmingham, AL 35209
bill@billdawsonlaw.com

<u>Attorneys for Brookside</u>:
Richard Warren Kinney, III, Esq.
James W. Porter, II, Esq.
Porter, Porter & Hassinger, P.C.
880 Montclair Road, Suite 175
Birmingham, AL 35213
jwporterii@pphlaw.net
wkinney@pphlaw.net

/s/ Terry A. Sides
Of Counsel